**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No. 14-cv-02387-BNB
(**The above civil action number must appear on all future papers**
 **sent to the court in this action.  Failure to include this number**
 **may result in a delay in the consideration of your claims.**)


JOSHUA LAMONT SUTTON,

     Plaintiff,

v.

FRAN LaPAGE, Religious Programs Coordinator for the Pueblo County Sheriff's Office,
     In both her Individual and Official Capacities, and
SEVERAL OTHER OFFICERS OF THE SAME SHERIFF"S OFFICE, Whose Names
     are Unknown,

     Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

     On August 27, 2014, Plaintiff submitted a Complaint and a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's

review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the

documents are deficient as described in this Order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this Court in this action.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _X_  prisoner's trust fund statement does not cover all of the most immediate six months prior to Plaintiff filing this action
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on current Court-approved form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other: _____

**Complaint, Petition or Application**:

(11) ___  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application and provide answers to questions set forth on Court-approved form
(18) _X_  other: Plaintiff must state how named defendants personally participated in alleged constitutional violation.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner

Complaint form (with the assistance of his case manager or the facility's legal assistant),

along with the applicable instructions, at www.cod.uscourts.gov.  Use of a Court-

approved form is required to cure the deficiencies in the Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED August 28, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge