# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02387-LTB

JOSHUA LAMONT SUTTON,

     Plaintiff,

v.

FRAN LaPAGE, Religious Programs Coordinator for the Pueblo County Sheriff's Office,
     In both her Individual and Official Capacities, and
SEVERAL OTHER OFFICERS OF THE SAME SHERIFF'S OFFICE, Whose Names
     are Unknown,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     On December 10, 2014, Plaintiff filed a Motion to Dismiss, ECF No. 22.  The Motion is denied as moot.  This action was dismissed on December 5, 2014.

Dated:  December 11, 2014